Francis A. LaPLANT, and Clara J. LaPlant, Plaintiffs–Appellants,

v.

UNITED STATES of America and its Department of Agriculture, Farmers Home Administration; John R. Block, Secretary of Agriculture; Charles W. Shuman, FmHA Administrator; Arthur R. Lund, FmHA State Director; Theodore L. Hebnes, FmHA Acting State Director; Dale Gilbert, FmHA District Director; Charles Green, FmHA employee; and Claude Hargrove, FmHA County Director, Defendants–Appellees.

No. 87–4046.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 6, 1988.

Opinion Filed April 13, 1989.

Opinion Withdrawn Oct. 26, 1990.

Order Filed Oct. 26, 1990.

Kenneth R. Olson, Baiz & Olson, Great Falls, Mont., for plaintiffs-appellants.

Carl E. Rostad, Asst. U.S. Atty., Great Falls, Mont., for defendants-appellees.

Before SCHROEDER, ALARCON and NORRIS, Circuit Judges.

### ORDER

The petition for rehearing filed April 27, 1989, is GRANTED.

The opinion of the court, filed April 13, 1989, 872 F.2d 881, is WITHDRAWN, and REPLACED by the following disposition:

The judgment of the district court is REVERSED. *See Love v. U.S.A.*, 915 F.2d 1242 (9th Cir.1990).